RECEIVED

FEB - 2 2011

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JCM, JR. (XXX-XX-9076) | CIVIL ACTION NO. 09-cv-0943 |
| VERSUS | JUDGE STAGG |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is remanded to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), for the taking of additional evidence and the conduct of other proceedings in accordance with the Report and Recommendation.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 2nd day of February, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE